UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN CODY,

    Plaintiff,                                     CASE NO. 12-14381

v.                                                Hon. Lawrence P. Zatkoff

DAVID BERGH,

    Defendant.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiff filed this case seeking a writ of mandamus and, subsequently in his objections, pursuant to 42 U.S.C. § 1983, seeking an order compelling the Kent County Circuit Court to provide certain documents related to his conviction in the 1970s. This matter is currently before the Court on a Report and Recommendation prepared by Magistrate Judge Michael Hluchaniuk, wherein the Magistrate Judge recommended that Plaintiff's petition for writ of mandamus be denied and dismissed. Plaintiff has filed objections to the Report and Recommendation.

After a thorough review of the court file, the Report and Recommendation, and Plaintiff's objection to the Report and Recommendation, this Court will adopt the Report and Recommendation and enter them as the findings and conclusions of this Court. In addition, the Court is not persuaded that any of the arguments raised by Plaintiff in his objections to the Report and Recommendation warrant the granting of his petition for writ of mandamus or proceeding pursuant to 42 U.S.C. § 1983.

Therefore, for the reasons stated above, the Court hereby ORDERS that Plaintiff's petition for writ of mandamus (Docket #1) is DENIED and his petition is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                                          S/Lawrence P. Zatkoff

|  |  |
|---|---|
| Dated: January 13, 2014 | LAWRENCE P. ZATKOFF<br>UNITED STATES DISTRICT JUDGE |